MARVIN WEISS AND HARRY KUNDIN, PLAINTIFFS-RE-
SPONDENTS, v. FRED MIELCHEN, *ET AL.*, DEFEND-
ANTS-PETITIONERS.

On petition for certification to Superior Court, Appellate
Division.

*Messrs. Chary & Porcoro* for the petitioners.

*Mr. Robert B. Turk* for the respondents.

September 14, 1964. ▬▬▬

ARNOLD SHEER, *ET AL.*, PLAINTIFFS-PETITIONERS, v.
BOARD OF EDUCATION OF THE BOROUGH OF EAST
PATERSON, *ET AL.*, DEFENDANTS-RESPONDENTS.

On petition for certification to Superior Court, Appellate
Division.

*Mr. Robert H. Bacon* and *Mr. William V. Breslin* for the
petitioners.

*Mr. Robert D. Gruen* and *Mr. Karl Z. Sosland* for the re-
spondents.